IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MCDONALD, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-2354-M |
| | § | |
| CITY OF DALLAS, | § | |
| MICHAEL SCOTT IRWIN, and | § | |
| MANUEL ANTONIO ORTIZ | § | |
| Defendants. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff has until February 6, 2017 to move, if he wishes, to amend to assert a claim for deliberate indifference to medical needs.

SO ORDERED this 17 day of January, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE